**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CARL EDWARD WATSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:16-cv-00719** |
| | ) | **JUDGE CRENSHAW** |
| **MDHA/HUD,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge. (Doc. No. 66.) Plaintiff has filed two documents since the Magistrate Judge issued her Report and Recommendation (Doc. Nos. 67, 69), which the Clerk has docketed as objections to the Report and Recommendation. The Court has reviewed those documents and neither respond to the Magistrate Judge's conclusion that the case should be dismissed for insufficient service and failure to comply with the Magistrate Judge's orders. The Court has reviewed the Report and Recommendation, Plaintiff's filings, and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, MDHA/HUD's Motion to Dismiss (Doc. No. 34) is **GRANTED**. Vanderbilt University Medical Center's Motion to Dismiss (Doc. No. 35) is **GRANTED**. The Complaint is **DISMISSED WITHOUT PREJUDICE** for insufficient service and failure to comply with the Magistrate Judge's orders.

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE